IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEFFREY T. ZIEGLER,

    Petitioner,    JUDGMENT IN A CIVIL CASE

v.    Case No. 14-cv-325-wmc

STATE OF WISCONSIN,

    Respondent.

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition for a writ of habeas corpus under 28 U.S.C. § 2254 filed by Jeffrey T. Ziegler for lack of subject matter jurisdiction.

| /s/ | 4/3/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |