# Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court

United states District Court for the Western District of Wisconsin

Case No. **14-cv-325-wmc**

|  |  |
|---|---|
| Jeffrey T. Ziegler, | ) |
| Petitioner, | ) |
| v. | ) |
| State of Wisconsin, | ) |
| Respondent. | ) |

Notice I hereby given that Jeffrey T. Ziegler, petitioner in the above named case, hereby appeals to the United States Court of Appeals for the 7th, Circuit, from the final judgment entered in this action on the 3rd day of April 2017.

(s) _____  5-1-2017
Jeffrey T. Ziegler